Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795

Attorney for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | Case No. CV 13-01880-JAM-AC |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| REGINA SAMAYOA, | |
| Defendant. | |

## ORDER

The above-entitled action is hereby stayed as to defendant Regina Samayoa, individually and d/b/a Gina's Taqueria, pending disposition of Plaintiff's claims against this particular defendant in bankruptcy.

**IT IS SO ORDERED:**

DATED:  10/23/2013                   /s/ John A. Mendez
                                      United States District Court Judge

Page 1